1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

NORTHWEST ADMINISTRATORS, INC.,

9

Plaintiff,

10

v.

11

J M R TRUCKING INC.,

12

Defendant,

13

v.

14

BOEING EMPLOYEES CREDIT UNION,

15

Garnishee-Defendant.

NO. MC21-0005RSL

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE'S
ANSWER

16

17

18

**Summary**

19

20

21

22

23

24

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | J M R Trucking Inc. |
| Garnishee-Defendant: | Boeing Employees Credit Unions |
| Garnishment Judgment Amount: | $33,171.37 |
| Attorneys' Fees: | $250.00 |
| Costs: | $147.00[1] |
| Interest Rate on Principal: | Three percent (3%) per annum |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

25

26

27

28

[1] The form of judgment proposed by plaintiff contained two different statements of costs incurred in this litigation. The Court has awarded the lower number.

ORDER DIRECTING ENTRY
OF JUDGMENT - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THIS MATTER coming on for consideration upon the application of Judgment Creditor for judgment on the answer of Garnishee-Defendant; it appearing that Garnishee-Defendant has filed its answer herein stating that it holds funds of the Judgment-Debtor, J M R Trucking Inc., in the sum of $33,171.37; that Judgment Creditor has judgment unsatisfied against the Judgment Debtor in an amount in excess of $33,171.37; that Judgment Creditor incurred attorney's fees in the amount of $250.00, and costs in the amount of $147.00 as stated above; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor either by personal service or by Certified mail, is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.    The Clerk of Court is directed to enter judgment in favor of the Judgment Creditor and against the Garnishee Defendant in the sum of $33,171.37, such funds to be first applied in satisfaction of the costs and fees taxable herein;

2.    Upon payment by the Garnishee of the aforementioned sum to the registry of this Court, the Garnishee shall be automatically discharged from this action.

3.    Upon receipt of the aforementioned payment from the Garnishee, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $33,171.37, plus all accrued interest, minus any statutory user fees, payable to Northwest Administrators, Inc., and mail or deliver the check to Reid, McCarthy,

ORDER DIRECTING ENTRY
OF JUDGMENT - 2

Ballew & Leahy, LLP, ATTN: Russell J. Reid, 100 West Harrison Street, North Tower, Suite 300, Seattle, WA 98119.

4.    Upon receipt of said sum, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in the underlying action as to the principal Defendant/Judgment Debtor.

Dated this 2nd day of April, 2021.

_MMP S Lasnik_____
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY
OF JUDGMENT - 3